UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SERGIO VALDES, an individual

    Plaintiff,

v.                                            Case No: 2:17-cv-417-FtM-29CM

GREATER NAPLES FIRE
RESCUE DISTRICT,

    Defendant.

## ORDER

This matter comes before the Court upon review of Defendant's Motion to Seal filed on October 31, 2018. Doc. 29. Defendant seeks to file under seal exhibits attached to its motion for summary judgment (Doc. 31) that contain Plaintiff's medical records. *Id.* at 1-2. Defendant identifies the exhibits and page numbers in the motion and explains that it is necessary to file the medical records to show a diagnosis that is "critical" to Defendant's summary judgment motion. *Id.* Plaintiff, who is proceeding *pro se*, advised Defendant that he does "not mind" if the medical records are filed publicly, but apparently does not oppose the motion to seal. *See id.* at 3.

Pursuant to Local Rule 1.09(a),

[u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory

to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Defendant has sufficiently identified and described the documents proposed for sealing and sufficiently explained that filing the documents under seal is necessary.

ACCORDINGLY, it is

**ORDERED:**

Defendant's Motion to Seal (Doc. 29) is **GRANTED**. Defendant shall have up to and including **November 8, 2018** to file under seal the exhibit pages identified in the motion. *See* Doc. 29 at 1-2.

**DONE** and **ORDERED** in Fort Myers, Florida on this 1st day of November, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record
Pro se parties